IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA McKINNEY, individually and on behalf of and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>      Defendant. | Case No. 1:23-cv-1372-JPH-TAB<br><br>**Appearance** |

To:    The Clerk of Court and all parties of record

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Brenda McKinney, individually and on behalf of all others similarly situated.

Date: August 4, 2023          Respectfully submitted:

                                        RILEYCATE, LLC

                                        /s/ *William N. Riley*
                                        William N. Riley (#14941-49)
                                        11 Municipal Drive, Suite 320
                                        Fishers, IN 46038
                                        (317) 588-2866
                                        Fax:  (317) 458-1785
                                        Email:  wriley@rileycate.com

                                        *Counsel for Plaintiff*