IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA McKINNEY, individually and on behalf of and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No. 1:23-cv-1372-JPH-TAB<br><br>**Appearance** |

To:   The Clerk of Court and all parties of record

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Brenda McKinney, individually and on behalf of all others similarly situated.

Date: August 4, 2023          Respectfully submitted:

                RILEYCATE, LLC


                /s/ *Sundeep Singh*
                Sundeep Singh (#36591-29)
                11 Municipal Drive, Suite 320
                Fishers, IN 46038
                (317) 588-2866
                Fax: (317) 458-1785
                Email: ssingh@rileycate.com

                *Counsel for Plaintiff*