IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA McKINNEY, individually and on behalf of and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>    Defendant. | Case No. 1:23-cv-1372-JPH-TAB<br><br>**Appearance** |

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, Brenda McKinney, individually and on behalf of all others similarly situated.

Date:  August 4, 2023              Respectfully submitted:

                                    RILEYCATE, LLC


                                    /s/ *Russell B. Cate*
                                    Russell B. Cate (#27056-29)
                                    11 Municipal Drive, Suite 320
                                    Fishers, IN 46038
                                    (317) 588-2866
                                    Fax:  (317) 458-1785
                                    Email:  rcate@rileycate.com

                                    *Counsel for Plaintiff*