UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| BRENDA MCKINNEY, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:23-cv-1372-JPH-TAB ) ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) |
| Defendant. | ) ) |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **Elizabeth A. Fegan** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of **Plaintiff Brenda McKinney** in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States courts and the Supreme Court of Illinois:

| Court where admitted | Admission Date |
|---|---|
| Supreme Court of Illinois | 11/09/1995 |
| Northern District of Illinois | 12/20/1995 |
| Central District of Illinois | 10/13/1998 |
| Southern District of Illinois | 07/06/2012 |
| Eastern District of Michigan | 06/05/2012 |
| United States Court of Appeal for the First Circuit | 11/16/2016 |
| United States Court of Appeal for the Second Circuit | 06/12/2013 |
| United States Court of Appeal for the Third Circuit | 03/05/2012 |
| United States Court of Appeal for the Seventh Circuit | 04/16/1997 |
| United States Court of Appeal for the Eighth Circuit | 08/03/2009 |

| | |
|---|---|
| United States Court of Appeal for the Ninth Circuit | 03/05/2014 |
| United States Court of Appeal for the District of Columbia Circuit | 08/15/2019 |

2.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States.

3.  I have not received a reprimand or been subject to other disciplinary actions from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4.  I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.  A payment in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: August 28, 2023                    Respectfully submitted,

                                          */s/ Elizabeth A. Fegan*
                                          Elizabeth A. Fegan
                                          **FEGAN SCOTT LLC**
                                          150 S. Wacker Dr., 24th Floor
                                          Chicago, IL  60606
                                          Phone: 312.741.1019
                                          Fax:    312.264.0100
                                          Beth@feganscott.com

## CERTIFICATE OF SERVICE

I certify that on August 28, 2023, a copy of the foregoing Motion to Appear *Pro Hac Vice* was electronically filed in the Court's ECF system and sent via email to the following:

Victor D. Vital (Admitted *Pro Hac Vice*)
victor.vital@btlaw.com
V. Chisara Ezie-Boncoeur
cezie@btlaw.com
Brian E. Casey
brian.casey@btlaw.com
Alicia Raines Barrs
Alicia.rainesbarrs@btwlaw.com
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone: (317) 231-7435
Facsimile: (317) 231-7433

*Attorneys for Defendant the NCAA*

                                            */s/ Elizabeth A. Fegan*
                                            Elizabeth A. Fegan
                                            **FEGAN SCOTT LLC**
                                            150 S. Wacker Dr., 24th Floor
                                            Chicago, IL  60606
                                            Phone: 312.741.1019
                                            Fax:    312.264.0100
                                            Beth@feganscott.com