UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA MCKINNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 1:23-cv-1372-JPH-TAB |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Elizabeth A. Fegan**, counsel for **Plaintiff Brenda McKinney,** for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

**Elizabeth A. Fegan**
**FEGAN SCOTT LLC**
**150 S. Wacker Dr., 24th Floor**
**Chicago, IL  60606**
**Phone: 312.741.1019**
**Fax:     312.264.0100**
**Beth@feganscott.com**

Dated: _____                                  _____
                                                                              Hon. James Patrick Hanlon
                                                                              United States District Court
                                                                              Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail

**Elizabeth A. Fegan**
**FEGAN SCOTT LLC**
**150 S. Wacker Dr., 24th Floor**
**Chicago, IL  60606**