UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA MCKINNEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 1:23-cv-1372-JPH-TAB ) ) ) ) ) ) ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **Elizabeth A. Fegan**, counsel for **Plaintiff Brenda McKinney,** for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion [Filing No. 10] be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

**Elizabeth A. Fegan**
**FEGAN SCOTT LLC**
**150 S. Wacker Dr., 24th Floor**
**Chicago, IL 60606**
**Phone: 312.741.1019**
**Fax:   312.264.0100**
**Beth@feganscott.com**

SO ORDERED.

Date: 8/29/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.