## UNITED STATES DISTRICT COURT
### Southern District of Indiana

| | | |
|---|---|---|
| BRENDA MCKINNEY | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:23−cv−01372−JPH−TAB |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | ) | |
| Defendant(s) | ) | |

### ORDER REASSIGNING RELATED CASE

Pursuant to Local Rule 40−1(e) of the Southern District of Indiana, the clerk is directed to reassign this case to Judge Richard L. Young and Magistrate Judge Mark J. Dinsmore for all further proceedings.

DATE: <u>August 31, 2023</u>              <u>s/   Judge James Patrick Hanlon</u>
United States District Court
Southern District of Indiana