# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

August 31, 2023

Re: MCKINNEY et al v. NATIONAL
COLLEGIATE ATHLETIC
ASSOCIATION
Cause Number: 1:23−cv−01372−RLY−MJD

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge James Patrick Hanlon and Tim A. Baker to the docket of Judge Richard L Young and Mark J. Dinsmore on August 31, 2023. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:23−cv−01372−RLY−MJD should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Dan Habing
Dan Habing, Deputy Clerk