UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRENDA MCKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01372-RLY-MJD |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Unopposed Motion to Reschedule Settlement Conference. [Dkt. 40.] The Court hereby **GRANTS** the motion. The July 10, 2024 settlement conference is **CONTINUED** to **Tuesday, July 16, 2024 at 9:00 a.m. (Eastern)**, in Room 277, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. Counsel for the parties **shall immediately notify their clients and any other necessary participants of the date of the settlement conference**, and any request to vacate or continue the settlement conference must be made by motion filed with the Court on or before **January 5, 2024**, except in exigent circumstances. All other requirements of the Court's Order scheduling the conference [Dkt. 39] remain in effect.

SO ORDERED.

Dated:  27 DEC 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.