# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA MCKINNEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>  Defendant. | Case No.: 1:23-cv-01372-RLY-MJD<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO ADJOURN DISCOVERY CONFERENCE** |

Plaintiff Brenda McKinney files this unopposed motion respectfully requesting that the February 16, 2024 discovery conference and associated dates be adjourned by approximately two weeks.

On February 2, 2024, the Court scheduled a February 16, 2024 In-Person Discovery Conference. ECF No. 50. The Court also directed the parties to confer prior to February 14, 2024 (which they have done), and contact the Court by 1:00 p.m. Eastern on February 14, 2024 to request the discovery conference be vacated if the parties have resolved all pending disputes. *Id.*

Plaintiff's counsel have conflicts with the February 16, 2024 conference date and request that the discovery conference and associated deadlines be adjourned. The parties have conferred and Defendant has no objection to an adjournment of the discovery conference.[1]

---

[1] Defendant is currently working with its vendor on the underlying discovery dispute, and the parties may seek to vacate the conference, but the parties are unsure as of this filing whether the pending dispute will be resolved by tomorrow. Plaintiff brings this request for adjournment today to ensure the Court has time to consider the request.

Accordingly, Plaintiff respectfully requests that the discovery conference be adjourned for approximately two weeks, to March 4, 2024, or a date and time thereafter that is convenient for the Court. Plaintiff further requests that the deadline to contact the Court to request that the discovery conference be vacated if the parties have resolved all pending disputes be extended to 1:00 p.m. on Friday, February 16, 2024.

Dated: February 13, 2024

Respectfully submitted,

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan (*pro hac vice*)
**FEGAN SCOTT LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Melissa R. Clark (*pro hac vice*)
**FEGAN SCOTT LLC**
305 Broadway, 7th Fl.
New York, NY 10007
Telephone: (347) 353-1150
Facsimile: (312) 264-0100
melissa@feganscott.com

Jessica H. Meeder, Esq. (*pro hac vice*)
**MAY JUNG LLP**
2006 MLK Jr. Ave SE, Suite 210
Washington, DC  20020
Tel: (202) 916-7289
Fax: (202) 618-8282
jessica@mayjung.com

          William N. Riley
          Russell B. Cate
          **RILEYCATE, LLC**
          11 Municipal Drive, Suite 320
          Fishers, IN 46038
          Telephone: (317) 588-2866
          Facsimile: (317) 458-1875
          wriley@rileycate.com
          rcate@rileycate.com

          *Attorneys for Plaintiff and the Proposed Class*