## NITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA MCKINNEY, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>        Defendant. | Case No.: 1:23-cv-01372-RLY-MJD |

### [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO ADJOURN DISCOVERY CONFERENCE

This matter is before the Court on Plaintiff Brenda McKinney's Unopposed Motion to Reschedule Discovery Conference, which is currently set for February 16, 2024. The Court, being duly advised, GRANTS the motion. The parties' in-person discovery conference is hereby rescheduled for **Monday, March 4, 2024 at 9:00 a.m. Eastern.** If the parties are able to resolve all pending disputes, then, by **1:00 p.m. Eastern on February 16, 2024**, the parties shall contact the Court to request the discovery conference be vacated.

IT IS SO ORDERED on _____, 2024  _____

                                                                                                     Hon. Mark J. Dinsmore
                                                                                                     United States Magistrate Judge
                                                                                                      Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the court's ECF system.