UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA MCKINNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01372-RLY-MJD |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion to Adjourn Discovery Conference. [Dkt. 51.] That motion is **GRANTED IN PART** and **DENIED IN PART**. The in-person discovery conference scheduled on February 16, 2024 is hereby **VACATED**.

This matter will come before the Court for an **in person** Status and Discovery Conference on **Friday, March 1, 2024 at 12:00 p.m. (Eastern)**, in Room 277, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore. The purpose of the conference is to discuss the parties' next Supplemental Joint Report on the Status of Discovery, which is due February 27, 2024, and to address any and all discovery disputes then pending between the parties, including but not limited to the parties' dispute regarding the entry of an ESI protocol [*See* Dkt. 47 at 2-3]. Each party shall be represented at the conference by the counsel who intend to present this case at trial, as well as

any other counsel or representatives, including client representatives, required to resolve any of the parties' pending discovery disputes.

The parties must satisfy their meet-and-confer requirements regarding all discovery disputes as required by Local Rule 37-1. *See Loparex, LLC v. MPI Release Tech., LLC*, No. 1:09-CV-1411-JMS-TAB, 2011 WL 1871167, at *5 (S.D. Ind. May 16, 2011) (holding that "the local rule contemplates an actual meeting with a date, time, and place—whether by telephone, videoconference, or (if counsel's location permits) preferably face-to-face"). Therefore, to the extent necessary to satisfy their meet-and-confer requirements, counsel for the parties are ordered to conduct a proper meet-and-confer regarding their dispute before **10:00 a.m. (Eastern) on February 28, 2024**.  At or before **3:00 p.m. (Eastern) on February 28, 2024**, the parties are to email the Court at MJDinsmore@insd.uscourts.gov, with a copy to each other, a brief outline of any remaining disputes, their respective positions on the issue(s), the discovery requests and responses at issue (if any), and any other documents they would like the Court to review in advance of the conference.[1]

SO ORDERED.

Dated:  15 FEB 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] If the parties' disputes regarding the ESI protocol have not been resolved, the parties shall forward to the Court by that date and time in Word format the current draft version of the ESI protocol, highlighting therein all disputed issues and including any alternative language proposed by any party. Counsel shall also bring with them to the conference any laptop computers or other equipment necessary to allow them to make any agreed or Court-ordered revisions to the protocol during the course of the conference.

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.