# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA MCKINNEY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:23-cv-01372-TWP-MJD<br>) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | )<br>)<br>)<br>) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, now enters **FINAL JUDGMENT**. Judgment is entered in favor of Defendant National Collegiate Athletic Association. This case is **dismissed without prejudice**, and this action is **TERMINATED**.

Dated: 5/19/2025

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Alicia Barrs
Barnes & Thornburg LLP
alicia.barrs@btlaw.com

Brian Eugene Casey
Barnes & Thornburg LLP
brian.casey@btlaw.com

Russell B. Cate
RILEYCATE, LLC
rcate@rileycate.com

Ashali Chimata
Fegan Scott LLC
Ashali@feganscott.com

Valerie Chisara Ezie-Boncoeur
BARNES & THORNBURG LLP
cezie@btlaw.com

Elizabeth A. Fegan
FEGAN SCOTT, LLC
beth@feganscott.com

Autumn C Gear
Barnes & Thornburg LLP
autumn.gear@btlaw.com

Anna Kalinina
Barnes & Thornburg LLP
anna.kalinina@btlaw.com

Jonathan David Lindenfeld
Fegan Scott LLC
jonathan@feganscott.com

Jessica Meeder
May Jung
jessica@mayjung.com

William N. Riley
RileyCate, LLC
wriley@rileycate.com

Sundeep Singh
RileyCate LLC
ssingh@rileycate.com

Victor D Vital
Haynes and Boone LLP
victor.vital@haynesboone.com

Jake Winslett
Barnes & Thornburg LLP
jake.winslett@btlaw.com